IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00035-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MISTY MCCOY (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion. The Court previously continued the trial of a co-defendant. (Doc. No. 11). The above captioned defendant was inadvertently not included in that Order, and no severance of the defendants has been sought or granted.

The Court finds that the defendant's case is "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," 18 U.S.C. § 3161(h)(7), and that failure to continue this matter would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i). The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendants to a speedy trial.

**IT IS, THEREFORE, ORDERED,** that this case as to all defendants who are pending for trial is hereby continued; however, the Court will conduct an initial appearance for this defendant and a status conference for both defendants on March 18, 2019 at 9:30 a.m. and will set a new trial date after hearing from the parties.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 12, 2019

Robert J. Conrad, Jr.
United States District Judge